IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WALTER LEE BRANNON,
    Plaintiff,

vs.                                      Case No. 4:05cv81/MMP/EMT

FLORIDA STATE HOSPITAL, et al,
    Defendant.
_____/

## REPORT AND RECOMMENDATION

        This cause is before the court upon referral from the clerk.  Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (*see* Doc. 6, Complaint).  On March 8, 2005 this court entered an order directing Plaintiff to file a supplement to his motion to proceed in forma pauperis and to notify the court of his reason for being in the Florida State Hospital (Doc. 7).  Plaintiff was given a deadline of April 8, 2005, to comply with the order (*id*.).  Plaintiff failed to respond to the order, therefore, on June 17, 2005, the court issued an order requiring Plaintiff to show cause on or before July 1, 2005, why this action should not be dismissed for failure to comply with an order of the court (Doc. 9).  The time for compliance with the show cause order has now elapsed with no response from Plaintiff.

        Accordingly, it is respectfully **RECOMMENDED**:

        That this case be **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to comply with an order of the court.

        At Pensacola, Florida, this 22nd day of November 2005.

                                    /s/ *Elizabeth M. Timothy*
                                    **ELIZABETH M. TIMOTHY**
                                    **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Any objections to these proposed recommendations must be filed within ten (10) days after being served a copy hereof.  A copy of any objections shall be served upon any other parties.  Failure to object may limit the scope of appellate review of factual findings.**  *See* **28 U.S.C. § 636; United States v. Roberts, 858 F.2d 698, 701 (11th Cir. 1988).**